FILED

FREDRICK TERENCE HARVEY
2925 7TH STREET #408
LONG BEACH CA 90804
Phone 951=665-2380
Pro Per Plaintiff

2017 AUG -7 PM 3: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ED CV 17-01588-JVS(AFM)
CASE NO:

FREDRICK TERENCE HARVEY, MICHEAL
CACCAVARI  AND BRIGETTE GARCIA,

Plaintiffs


V


CITY OF BEAUMONT., CITY OF BEAU-
-MONT P0LICE CHIEF SEAN THUILLIEZ,
BEAUMONT POLICE OFFICER LUNT, AND
DOES 1 THROUGH 20.


DEFENDANTS.

_____/

CIVIL RIGHTS COMPLAINT

42 U.S.C. SECTION 1983

FIRST AMENDMENT
FOURTH, FIFTH, EIGHTH AND
FOURTEENTH AMENDMENTS
TORT CLAIMS FOR MALICIOUS
PROSECUTION AND VIOLATION
OF THE TOM BANE ACT


JURY TRIAL DEMANDED


JURISDICTION AND VENUE

1. This is an action for injunctive relief and damages pursuant to 42 U.S.C. § 1983 based upon the violations of Plaintiffs' rights under the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution. Jurisdiction exists pursuant to 28 U.S.C. § 1331 and 1343 based on 42 U.S.C. §1983 and questions of federal constitutional law. Jurisdiction also exists under the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a) and 2202. Supplemental jurisdiction over Plaintiffs' state law claims is pursuant to 28 U.S.C. §1367.

2. Venue is proper in the Central District in that the events and conduct complained of herein all occurred in the Central District.

INTODUCTION

3. This action arises out of the violations on several dates of the plaintiff's Constitutional rights by the defendants.

4. Plaintiff FREDRICK HARVEY is a party to all the events described herein and sues in his own capacity for violations of his right to be free of unlawful searches and seizures, free from cruel and unusual punishment, to have equal protection under the law and to not be deprived of his life liberty or property without due process of law. He is drafting this Complaint and is referred to hereinafter in the first person.

5. Plaintiff MICHEAL CACCAVARI is a plaintiff in the illegal stop by defendant OFFICER LUNT that resulted in the unlawful arrest and impoundment of his girlfriends car on June 6, 2017.

6. Plaintiff Bridgette Garcia became a plaintiff in this action when her vehicle was being and impounded by the defendants on June 6, 2017.

7. Defendant CITY OF BEAUMONT (hereinafter "CITY")is a municipal corporation duly organized and existing under the laws of the State of California.

8. Defendant SEAN THUILLIEZ was at all relevant times the Chief of Police for the City of Beaumont and committed the acts complained of herein while acting as such and he is sued herein in his official capacity.

9. OFFICER LUNT is and was at all relevant times a police officer employed by the City and committed these acts complained of herein while acting within the scope and course of his official duties as such. He is sued in his individual capacity.

10. I am unaware of the true names of those persons sued herein as Does 1 through 20 and believes that said defendants are Beaumont police officers and that their wrongful acts proximately caused the Constitutional violations described herein. I will substitute the true names of such defendants when they become known.

11. All defendants acted under color of State law in committing the acts complained of herein.

12. Plaintiffs demand a jury trial.

## STATEMENT OF FACTS

13. On June 5, 2017, plaintiff CACCAVARI and I left my residence around 5 am. CACCAVARI was driving his girlfriend, plaintiff GARCIAS, vehicle. It was dark still outside.

When we turned off my street onto a surface street defendant LUNT was waiting for us at the end of my street as I would discover later during the illegal stop of said vehicle when I was able to ascertain from the monitor in the police vehicle I was sitting in that in fact the GARCIAS vehicle was being subjected to illegal surveillance by the defendants.

14. Officer LUNT said he pulled the car over because he alleged that there was a crack in the windshield.  However this is false because I observed no crack in the windshield and if there was there was no way that LUNT could see a cracked windshield from behind the car in the dark.

15. When officer LUNT pulled us over he discovered that CACCAVARI's drivers license was suspended and had us each step out of the vehicle at which time he searched us and the vehicle.  LUNT ask me if I had anything sharp on me that was going to poke him and I said that I did not. I had a syringe but it had a cap on it and could not poke him.  When he found the syringe (that didn't poke him) he said that because I lied to him that he was towing the car (which he originally told us I would be able to drive the car)  and charging me with burglary tools because he found these little metal pieces in the car and said that they could be used as lock picks.

16. LUNT knows or should know that there must be more to charge someone with burglary tools pursuant to Penal Code 466. He also needs criminal intent evidenced by other suspicious items such as a car full of stolen merchandise or ski mask gloves ect. There was nothing to indicate that I was using this pieces of metal as burglary tools. LUNT maliciously prosecuted me and the other plaintiffs.

17. Because the reason we were followed by officer LUNT was based on the warrant less surveillance of GARCIA's vehicle the initial stop violated the Fourth Amendment and the subsequent search and impoundment violated the Fourth Fifth and Fourteenth Amendment.

18. On November 18th 2015, in an all together separate incident I was at a residence located at 1148 Beaumont Avenue in the City of Beaumont. The owner of the property, Lisa Didonato had given me permission to work on my car on the property but when the owner left me there to go pick up a pizza the tenants of the property began to become belligerent and expressed their  displeasure with me for working on the car there so I left the property walked down the street to wait for the owner to return.

19. When the owner returned to the property she was placed in handcuffs by a  DOE defendant Beaumont police officer for no apparent reason.  When I learned that the police were there I didn't return there until the officer left. Didonato informed me that the officer said that I was not to return there unless the tenants gave their consent. However my car was up on jacks and my tools were out and the vehicle was not secured. So I hired a tow truck and went to retrieve the vehicle and my other personal property.

20. When I arrived at the location there were about 10 people in the driveway leading to the back of the property. There are two houses on the property. I told the tenants and their friends that I had brought a tow truck to retrieve my vehicle and they gave their consent for

me to come onto the property and retrieve the vehicle. The car was loaded onto the tow truck and towed from the property.

21. While we were loading the car and picking up my tool and such one of the tenants snuck behind a bush a called the same officer who had come out earlier and the DOE officer came and waited in his vehicle on the street until the car was loaded onto the tow truck and my friend and I got in his car to leave then this officer tapped on the passenger side window and had me get out of the car at which time he had me come out to his patrol unit on the street and had me sit on the curb.

22. The officer ran my name and discovered that I was on probation and a smirk spread across his face. He told me to stand up and put my hands on the hood of his vehicle. He screamed at me to spread my legs and looked over at the onlookers and smiled. He was performing for them. Later I learned that that the girl, Lauren DOE and he had been romantically involved. This officer then kicked my legs apart and screamed that he told me to spread my legs and then looked over and smiled at the onlookers including Lauren.

24. The officer then sauntered over to his audience and announced that he needed some one to make a citizens arrest. Lauren volunteered. However the car was not on Laurens section of the property. The house she lived in has a fenced yard around it. The car was actually about 50 yards behind the other house next to a shed that the owners kept there to store tools and supplies to maintain the property. The officer had a duty to investigate this allegation by Lauren that I was trespassing.

25. There was a tow truck driver and my friend Mark Marsh that explained to this officer that the residents including Lauren gave us their consent to come onto the property and tow my vehicle out of there. But with deliberate indifference and reckless disregard for my constitutionally guaranteed civil rights this officer refused to follow the mandates of the law and intentionally abused his authority and spent the next half hour humiliating me in front of his audience. His partner finally had mercy on me and put me in the back of the separate police unit he arrived in. His partner is not being sued here because if his partner had he been in charge, he would not have acted in such an unprofessional and a disgraceful manner.

26. So I was taken to jail but the court refused to pick up the case but I still had to stay in there for ten days as a direct and foreseeable result of this officers actions.

27 I filed a citizens complaint against the officer over a year ago but have heard nothing in response. I've attempted to get the police report but Beaumont Police Dept claim they have not record of it violating the first amendment.

## OTHER INCIDENTS INVOLVING THE BEAUMONT POLICE DEPARTMENT AND GANG UNIT TASK FORCE

28. The City of Beaumont is a small town even as its population has grown over the years from 10,000 to 46,000 with a police force of 46 sworn officers who are running around board

with not much to do and "idle hands are the devils playground". One might remember the scandal that rocked the city last year when top government officials for the city were indicted for bilking its residents out of 43 million dollars. The former police chief was indicted and it was discovered that nine other Beaumont police officers benefited from the scam. It may be that the DOE officer, I just recounted pertaining to when I towed my vehicle, was a party to the scandal as I haven't seen him since around the time of the indictments.

29. Not only is there corruption in the police department I believe there are a lot of police informants for such a small town. Those informants will be instrumental in making the following events occur that I will now delineate.

30. On August 18, 2016 (or September 6th 2016) at approximately 10 pm I happened to be out in front of the apartment building where I was residing. It is a triplex with only the unit I lived in occupied. This building is on American street near 6th in the City of Beaumont. I observed an unmarked police vehicle being pulled over by a marked vehicle as an attempt to create this ruse that this was just a traffic stop. During the stop a dimmed down spot light was shined on my building where it remained for a few minutes. This apparently was done so that the informant would know which house to go to. When the fake traffic stop disbanded the informant came walking up the residence as if he had just exited one of the vehicles in the traffic stop. This Informant will be DOE Informant 1.

31. On information and belief DOE Informant 1 is a local small time homeless meth dealer who keeps the police informed, in exchange for drugs that they confiscate from other drug dealers. On this night he came to my house and was asking me about stereo equipment and other items he observed in my room to find out if they were stolen. His girlfriend, another informant, who will be DOE Informant 2 who was always trying to get me to go to bed with her, and was disgruntled that I declined her invitations reported to the police, falsely, that I had stolen property in my possession.

32. On the false report of DOE Informants 1 and 2, on August 19, 2016, (and again on September 7th 2016) at around noon 4 Beaumont Police officers and/or gang task force raided my apartment looking for stolen property. They found none but took me to jail saying I was trying to hide in the closet. I was in jail for 5 days. The Beaumont Police and/or gang task force raided my residence 2 or 3 times a month, They smashed the gate down and left it in shambles. There was never anything to charge me with they just knew I was on probation and said they could do what ever they want to me because I was on probation. Finally I moved from Beaumont to Long Beach and haven't had any police coming to my residence in the three months I've been here. But still from my experiences with the Beaumont Police I've been diagnosed with a permanent anxiety disorder.

33. On January 31st, at around 2pm I had just finished doing my laundry and had all my property with me a back pack, duffle bag, a box and another bag and I was on my way to the Coachella Valley Rescue mission but before I could get there DOE Informant 3 called the police and told them where I was I had a warrant for not checking in. My probation officer directed me to check in 5 days a week because I was classified as homeless because she said I couldn't stay at that place on American and we decided that Coachella Valley Rescue

Mission would be a good place for me. But it took me way to long to get there.  So defendant officer  LUNT comes and makes the bust and while I'm waiting in the police unit DOE informant 3 comes up to the scene and LUNT gives him my property.  It was everything I owned and when I got out of jail the informant did not have any of it.

34.  Defendant City of Beaumont and Chief of Police Sean Thuilliuz had a duty to adequately train, supervise and discipline their police officers and police informants in order to protect members of the public including myself from being harmed by the police and informants unnecessarily.

35.   Said defendants were deliberately indifferent to such duties and thereby proximately caused the injuries to the plaintiffs described herein.

WHEREFORE, Plaintiffs pray as follows:
1. For a temporary restraining order, preliminary and permanent injunction, enjoining and restraining  defendants from engaging in the policies, practices and conduct complained of herein;

2. For a declaratory judgment that Defendants' policies, practices and conduct ad alleged herein violate plaintiffs' rights under the United States and the California constitutions and the laws of California;

3.  For damages in an amount to be determined according to proof.

4. For cost of this suit,


DATED:_____

SIGNED:_____

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Fredrick I. Herrey Michael Chicoa Var
Brigette Garcia

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

**(b)** County of Residence of First Listed Plaintiff  Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

2925 7th st #408  (951) 665-2380
Long Beach CA 90804

Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ Kcording to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Police officers violated the 4th, 5th, And 14th Amendments

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: EDCV17-01588

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE**: Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? <br> ☐ Yes  ☑ No <br><br> If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? <br><br> ☐ Yes  ☑ No <br><br> If "no," skip to Question C.  If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? <br><br> *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? <br><br> ☐ Yes  ☑ No <br><br> If "no," skip to Question D.  If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? <br><br> *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A. <br> Orange County | B. <br> Riverside or San Bernardino County | C. <br> Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☑ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☑ | ☐ |

| D.1.  Is there at least one answer in Column A? <br><br> ☑ Yes  ☐ No <br><br> If "yes," your case will initially be assigned to the <br> SOUTHERN DIVISION. <br> Enter "Southern" in response to Question E, below, and continue from there. <br> If "no," go to question D2 to the right. ➡ | D.2.  Is there at least one answer in Column B? <br><br> ☑ Yes  ☐ No <br><br> If "yes," your case will initially be assigned to the <br> EASTERN DIVISION. <br> Enter "Eastern" in response to Question E, below. <br> If "no," your case will be assigned to the WESTERN DIVISION. <br> Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Eastern |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☑ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?  ☒ NO  ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s):

**Civil cases are related** when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**  _____  DATE: 7/27/17

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

---