UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **ED CV 17-01588 JVS (AFM)**                                    Date:   October 2, 2017

Title     **Fredrick Terence Harvey, et al. v. City of Beaumont, et al.**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

     On August 7, 2017, plaintiffs Frederick Terence Harvey, Michael Caccavari and Bridgette Garcia filed a Civil Rights Complaint against the City of Beaumont and members of the Beaumont Police Department.  Only plaintiff Harvey signed the Complaint and submitted a Request to Proceed In Forma Pauperis.  On August 18, 2017, the Court dismissed plaintiffs' complaint with leave to amend for the reasons that plaintiffs' allegations appear insufficient to state any claim on which relief may be granted and the Complaint was not signed by all plaintiffs.  Plaintiffs were granted until September 18, 2017 in which to file a First Amended Complaint, signed by all plaintiffs, and Caccavari's and Garcia's request to proceed in forma pauperis.  As of the date of this order, a First Amended Complaint has not been filed.

     Plaintiffs shall show cause on or before **October 14, 2017**, why this action should not be dismissed due to plaintiffs' failure to prosecute.  The filing of a First Amended Complaint on or before **October 14, 2017** shall discharge the order to show cause.  **Plaintiffs are hereby cautioned that failing to comply with this Order and/or to show cause will result in the recommendation that this action be dismissed for failure to prosecute.**

     IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |