# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK TERENCE HARVEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BEAUMONT, *et al.*, <br><br> Defendants. | Case No. ED CV 17-01588 JVS (AFM) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: November 29, 2017

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE